UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

UNITED STATES OF AMERICA

          -v-

GEORGE TROPIANO

                     Defendant.
--------------------------------------------------X

ORDER

DOCKET NO. 18-CR-15 (AKH)

IT IS HEREBY ORDERED:

      David K. Bertan is appointed to represent George Tropiano in connection with his application for compassionate release, *Nunc Pro Tunc*, to May 11, 2020.

DATE:

October 26, 2021

SIGNED:

/s/ Alvin K. Hellerstein

Alvin K. Hellerstein
United States District Judge