UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES                                                :
                                                             :
                                                             :   **ORDER**
                                                             :
           -against-                                         :
                                                             :   18 Cr. 15 (AKH)
GEORGE TROPIANO                                              :
                                                             :
                          Defendant.                         :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Currently, ECF No. 774 is marked as open. However, that motion was resolved by ECF No. 782. Accordingly, the Clerk shall terminate ECF No. 774.

      SO ORDERED.

Dated:    April 13, 2022                  /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                         United States District Judge